PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIAXI HE,<br><br>               Plaintiff,<br><br>    v.<br><br>PAMELA BONDI, in her official capacity as Attorney General, United States Department of Justice, *et al.*,<br><br>               Defendants | Case No. 5:25-cv-01335 NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

        Plaintiff, proceeding *pro se*, and Defendants hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 15, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

        Plaintiff filed this action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiff for May 6, 2025.  Following the interview, USCIS will work diligently to complete adjudication of Plaintiff's application.  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 15, 2025, at which time the parties will file

1   a joint status report with the Court. At that time, the parties may request a further continuance of the stay

2   of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's

3   active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's

4   resources while the parties pursue a potential administrative resolution

5   Dated:                       Respectfully submitted,[1]

6                               PATRICK D. ROBBINS
                              Acting United States Attorney

7

8                               */s/ Elizabeth D. Kurlan*
                              ELIZABETH D. KURLAN

9                               Assistant United States Attorney
                              Attorneys for Defendants

10

11   Dated:    03/28/2025

12                               JIAXI HE
                              *Pro Se*

13

14

15 **ORDER**

16         Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until July 15, 2025.

17

18   Date:   April 3, 2025

19                               NATHANAEL M. COUSINS
                              United States Magistrate Judge

20

21                            GRANTED
                           Judge Nathanael M. Cousins

22

23

24

25

26

27         [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
signatories listed herein concur in the filing of this document.

28

1

**CERTIFICATE OF SERVICE**

2       The undersigned hereby certifies that she is an employee of the Office of the United States

3  Attorney for the Northern District of California and is a person of such age and discretion to be

4  competent to serve papers.  The undersigned further certifies that on this day she caused a copy of the

5  following document(s):

6       **Stipulation to Stay Proceedings; [Proposed] Order**

7  to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the

8  last known address:

9  Jiaxi He
   1956 Montecito Avenue
10 Mountain View, CA  94043

11      I declare under penalty of perjury under the laws of the United States that the foregoing is true

12 and correct.

13 Date: 04/01/2025

14                                    */s/Amber Joseph*
                                      AMBER JOSEPH
15                                    Legal Assistant

16

17

18

19

20

21

22

23

24

25

26

27

28